**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



FILED 11/3/2020 KE
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nowstalgic Toys, Inc
    Plaintiff,

v.

    SCHEDULE "A"

    Defendant.

Civil Action No.: 20-cv-5003

## Motion for extention

    The plaintiff hereby demand motion for extention for hearing judgment. Because the defendant does not use mail frequently to note the notice of TRO, he found the fact that the account was frozen only when he used the account to transfer money recently, and it took a period of time to find out the reasons for the freezing. Additionally, plaintiff said they are waiting for defendant's information from Amazon, it takes long time. Therefore, there is not enough time for the defendant to contact plaintiff to settle the case. In order to ensure that the defendant and the plaintiff have sufficient time for communication and substantive defense, We hereby apply for an extension.

DATED:  October 30, 2020          Respectfully submitted,

                                            ***Jesun***
                                            Guangdong Yilong Law Firm
                                            Room 1403, Wanhui Building, Longgang Street,
                                            Longgang District,Shenzhen,Guangdong,China
                                            +86-131-2045-1811
                                            <iplawyer01@foxmail.com>
                                            Agent for defendant

**SCHEDULE "A"**

| Seller Name | Seller Origin | DOE |
|---|---|---|
| Staron | A2OS7O6YVQNAID | 108 |