**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| Nowstalgic Toys, Inc., <br><br> Plaintiff, <br> v. <br><br> Yiwu Huating Imp & Exp Co., Ltd., *et al.*, <br><br> Defendants. | Case No.: 20-cv-5003 <br><br> Judge: Honorable Matthew F. Kennelly <br><br> Magistrate: Honorable M. David Weisman |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nowstalgic Toys, Inc. ("Nowstalgic Toys" or "Plaintiff"), having reached a settlement conditioned on payment of restrained assets held by third-parties, hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Doe | Seller Name | Seller ID | Email |
|---|---|---|---|
| 6 | Yiwu Hecheng Import & Export Co., Ltd. | Hecheng-group | sales@hecheng-group.com |
| 21 | Yiwu Power Import & Export Co., Ltd. | yiwupower | info@yiwupower.com |
| 104 | Lopez St | A11ZV5BRMHYNWK | hotseller2015@outlook.com |
| 107 | MENGXI-NA | A200LVDU6JHWLU | trjcudfm@outlook.com |
| 111 | Hinjery | A3L0ALC3BGIRBT | Pradein@Josefesle.com |
| 117 | Jiadi US | AUIHUJ55LLQYP | jiadiwangluoUS@outlook.com |
| 201 | koozonemall | koozonemall | koozones@hotmail.com |
| 260 | abcseller | 556da9e99fb8ca1a0d4d9a8b | abcseller@yahoo.com |
| 261 | goodtops365 | 556dadfaa2c01a27bd57a6c6 | goodtops365@yahoo.com |
| 265 | gigibaobao | 559d1d37b454f44039f3412b | gigibaobao2015@yahoo.com |
| 277 | goodeals | 58ba353252de36528570d132 | goodeals77@outlook.com |

| 278 | cocosplay | 58bfe9a30c83f357930e854a | cocosplay@outlook.com |
|---|---|---|---|
| 281 | pcmeal | 58d236730cb628529eae3763 | pcmealo@outlook.com |
| 283 | Yourwatch | 58da0bc959d98d53553c828c | yourswatch@outlook.com |
| 286 | mhstyle | 596f2250b1a4ca3828ff05f9 | mhostyle@outlook.com |
| 295 | Jianjun dai lucky | 5afe89345bc05c19f9e4de6a | jianjundailuc@outlook.com |
| 301 | ttBWWSTK | 5b3703f648fca9250f9831a6 | ttbwwstk@outlook.com |

Dated this 18th of January, 2021

Respectfully submitted,

By: /s/ Rishi Nair

Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.com