**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Trademark Holder Identified in Exhibit 1, ) ) ) Plaintiff, ) ) v. ) ) Does 1-340, As Identified in Exhibit 2, ) ) Defendants. ) ) | Case No.: 20-cv-5003 Judge: Honorable Matthew Kennelly Magistrate: Hon. M. David Weisman |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on January 20, 2021 [DOCKET #43], in favor of Plaintiff Nowstalgic Toys, Inc., ("Nowstalgic Toys" or "Plaintiff') and against the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit Nowstalgic Toys Trademark in connection with the offer for sale and/or sale of products and Nowstalgic Toys acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Doe | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 21 | Yiwu Power Import & Export Co., Ltd. | yiwupower | info@yiwupower.com |
| 47 | God Plaything Store | 2613036 | 1101020519@qq.com |
| 114 | co/edfa | AE9ZTJ3F5Y2IA | 8yryihsstj@sina.com |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this January 25, 2021            Respectfully submitted,

By: /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com
kevin.keener@keenerlegal.com